# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Kuo-Chung Wei<br><br>(Name and Address of Defendant) | SUMMONS IN A CRIMINAL CASE<br><br>Case Number:    CR-01-00123 |

**FILED**
DISTRICT COURT OF GUAM
JUN 19 2007
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before:    HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Room<br>302 |
|---|---|
| | Date and Time<br>Wednesday June 27, 2007 at 2:00 p.m. |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of _____ United States Code, _____

Brief description of offense:

See Petition for Warrant or Summons for Offender Under Supervision separately filed on June 8, 2007

**RECEIVED**
JUN    2007
US MARSHALS SERVICE-GUAM

**RECEIVED**
JUN 11 2007
US MARSHALS SERVICE-GUAM

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

June 11, 2007
Date

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me | Date 6/13/07 |

**Check one box below to indicate appropriate method of service**

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: See attached - service was done in Saipan Detention Facility

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _6/13/07_                         _[signature]_
        Date                                 Name of United States Marshal

                                              _[signature]_
                                              (by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

UNITED STATES OF AMERICA
V.

Kuo-Chung Wei

USMS# 002238-093
(Name and Address of Defendant)

USMS DETENTION FACILITY 9VL
DOC-CNMI, SAIPAN

SUMMONS IN A CRIMINAL CASE

COPY of Original Filed on this date

Case Number: CR-01-00123

JUN 13 2007

Clerk
District Court
For The Northern Mariana Islands

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | 302 |
| Before: HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Date and Time<br>Wednesday June 27, 2007 at 2:00 p.m. |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  X Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of _____ United States Code, _____

Brief description of offense:

See Petition for Warrant or Summons for Offender Under Supervision separately filed on June 8, 2007

RECEIVED
JUN    2007
US MARSHALS SERVICE-GUAM

RECEIVED
JUN 11 2007
US MARSHALS SERVICE-GUAM

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer

_____
Signature of Issuing Officer

June 11, 2007
Date

ORIGINAL

RECEIVED
JUN 16 2007
US MARSHALS SERVICE-CNMI

AO83 (Rev. 10/03) Summons in a Criminal

## RETURN OF SERVICE

Service was made by me  CDUSM CALVERT                    Date  06-13-07

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

CNMI DOC SUSUPE SAIPAN
CLASSIFICATIONS UNIT
CPT CABRERRA & COII WARNICK

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   06-13-07
           Date

CDUSM J. G. SALAS
Name of United States Marshal
*ACTING
CDUSM W M CALVERT D/NMI
(by) Deputy United States Marshal

Remarks:

PRISONER CURRENTLY IN PRE TRIAL DETENTION. USMS WILL EXECUTE A PRISONER MOVEMENT FROM D/NMI SAIPAN TO D/GU GUAM IN ORDER TO ENSURE THE HEARING IS COMPLETED AS SCHEDULED.

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.