# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-01-00123                                     DATE: June 27, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Virginia T. Kilgore |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 2:35:43 - 2:45:09 |
| CSO: J. McDonald / B. Pereda | |

---

**APPEARANCES:**

| | |
|---|---|
| Defendant: Kuo-Chung Wei | Attorney: Richard Arens |
| ___ Present  ___ Custody  ___ Bond  ___ P.R. | ___ Present  ___ Retained  ___ FPD  ___ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: |
| U.S. Probation: Grace Flores | U.S. Marshal: D. Punzalan / T. Muna |
| Interpreter: Chung Harrell | Language: Chinese Mandarin |

---

**PROCEEDINGS:** Continued Hearing on Petition for Revocation of Supervised Release

- Federal Public Defender appointed.

NOTES: The Court continued the matter indefinitely to allow probation the opportunity to request a transfer of jurisdiction to the District Court of the Northern Mariana Islands where his violation can be addressed.