| ✐ PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | TRANSFER OF JURISDICTION | **GUAM CR 01-00123-002** |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Kuo-Chung Wei**<br>c/o U.S. Probation Office<br>District of the Northern Mariana Islands<br>Horiguchi Building Room 4D<br>Saipan, MP 96950 | **0993 Guam** | |
| | NAME OF SENTENCING JUDGE | |
| | **Honorable John S. Unpingco** | |
| | DATES OF SUPERVISED RELEASE | FROM **April 4, 2005** | TO **April 3, 2010** |

OFFENSE

**Importation of Methamphetamine Hydrochloride in violation of Title 21, United States Codes, Section 846 & Title 18, United States Code, Section 2.**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **GUAM**

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern Mariana Islands** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

---

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **Northern Mariana Islands**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____      _____
*Effective Date*      *United States District Judge*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00123-002 |
| Plaintiff, | ) | |
| | ) | **TRANSFER OF JURISDICTION** |
| vs. | ) | |
| KUO-CHUNG WEI, | ) | |
| Defendant. | ) | |

      On January 15, 2003, Kuo-Chung Wei was sentenced to 46 months imprisonment with credit for time served for the offense of Importation of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2. He was ordered to serve a five year term of supervised release with the following conditions: that he be turned over to a duly authorized immigration official for deportation proceedings in accordance with the established procedures and if deportation fails to occur and the defendant is released from confinement pending further immigration proceedings, he shall immediately report to the U.S. Probation Office to begin his term of supervised release; obey all federal, state and local laws; not possess a firearm destructive device or other dangerous weapon; not use or possess illegal controlled substances; refrain from the use of any and all alcohol beverages; submit to one urinalysis test within 15 days of release from custody and to two more urinalyses thereafter; participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse; obtain and maintain gainful employment; and pay a $100 special assessment fee.

      On April 4, 2005, Mr. Wei was released from the custody of the Bureau of Prisons and transferred to the Bureau of Immigrations and Customs Enforcement pursuant to a detainer. On April 14, 2005, Mr. Wei was deported from the United States to the Republic of Taiwan.

      On April 5, 2007, Mr. Wei was arrested in the District of the Northern Mariana Islands for the offense of Distribution of a Controlled Substance. On April 16, 2007, he was charged by Complaint in the District Court of the Northern Mariana Islands (NMI) Criminal Case No. 07-00003 for two counts of Distribution of a Controlled. On May 4, 2007, Mr. Wei was Indicted in the District of the NMI in Criminal Case No. 07-00013 to two counts of Distribution of a Controlled Substance Within 1000 Feet of a School. Since April 16, 2007, Mr. Wei has been in the custody of the U.S. Marshal Service. On June 13, 2007, Mr. Wei pled guilty to the charges in the District Court of the Northern Mariana Islands.

Transfer of Jurisdiction
Re:   WEI, Kuo-Chung
Criminal Case No. 01-00123-002
July 10, 2007
Page - 2 -

     On June 4, 2007, a violation report was filed in the District Court of Guam requesting that Mr. Wei appear at a scheduled hearing. On June 27, 2007, Mr. Wei made an initial appearance in the District Court of Guam. As Mr. Wei pled guilty to the offense charged in the District of the Northern Mariana Islands, it was determined that his violation of supervised release would more appropriately be addressed in that Court. It is therefore respectfully requested that the Transfer of Jurisdiction be approved to the U.S. District Court for the Northern Mariana Islands.

                Respectfully submitted,

                ROSSANNA VILLAGOMEZ-AGUON
                Acting Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
                U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   File