| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | **GUAM CR 01-00123-002** |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Kuo-Chung Wei**<br>c/o U.S. Probation Office<br>District of the Northern Mariana Islands<br>Horiguchi Building Room 4D<br>Saipan, MP 96950 | **0993 Guam** | |
| | NAME OF SENTENCING JUDGE | |
| | **Honorable John S. Unpingco** | |
| | DATES OF SUPERVISED RELEASE | FROM **April 4, 2005** | TO **April 3, 2010** |

OFFENSE

**Importation of Methamphetamine Hydrochloride in violation of Title 21, United States Codes, Section 846 & Title 18, United States Code, Section 2.**

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **GUAM**

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern Mariana Islands** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jul 11, 2007

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **Northern Mariana Islands**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____         _____
*Effective Date*              *United States District Judge*