# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÄTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

July 30, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

Mr. Galo L. Perez
Clerk of Court
U.S. District Court
   for the Northern Mariana Islands
Second Floor, Horiguchi Building
P.O. Box 500687
Saipan, MP  96950

**Re:** **District Court of Guam Criminal Case No. 01-00123**
**District Court for the Northern Mariana Islands Criminal Case No. 07-00023**
**USA  vs.  Kuo-Chung Wei**

Dear Mr. Perez:

Our Court is in receipt of form PROB 22, Transfer of Jurisdiction and Order, accepting the transfer of the above-entitled matter.

Enclosed are certified copies of the following documents:

1.  Indictment, filed December 6, 2001
2.  Minute Entry re: Initial Appearance/Arraignment, filed December 10, 2001
3.  Plea Agreement, filed January 28, 2002
4.  Minute Entry re: Change of Plea, filed February 5, 2002
5.  Minute Entry re: Sentencing filed January 16, 2003
6.  Judgment in a Criminal Case, filed January 17, 2003
7.  Petition for Warrant or Summons for Offender Under Supervision, filed on June 8, 2007
8.  Minute Entry re: Petition for Revocation of Supervised Release, filed on June 27, 2007
9.  Transfer of Jurisdiction, filed July 27, 2007
10.  Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Walter M. Tenorio
Deputy Clerk

Enclosures