# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

COPY of
Original Filed
on this date

AUG -- 6 2007

Clerk
District Court
For The Northern Mariana Islands

**MARY L.M. MORAN**
CLERK OF COURT

July 30, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

Mr. Galo L. Perez
Clerk of Court
U.S. District Court
  for the Northern Mariana Islands
Second Floor, Horiguchi Building
P.O. Box 500687
Saipan, MP 96950

**RECEIVED**

AUG - 6 2007

Clerk
District Court
The Northern Mariana Islands

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2007

**JEANNE G. QUINATA**
**Clerk of Court**

**Re: District Court of Guam Criminal Case No. 01-00123**
     **District Court for the Northern Mariana Islands Criminal Case No. 07-00023**
     **USA vs. Kuo-Chung Wei**

Dear Mr. Perez:

     Our Court is in receipt of form PROB 22, Transfer of Jurisdiction and Order, accepting the transfer of the above-entitled matter.

     Enclosed are certified copies of the following documents:

1. Indictment, filed December 6, 2001
2. Minute Entry re: Initial Appearance/Arraignment, filed December 10, 2001
3. Plea Agreement, filed January 28, 2002
4. Minute Entry re: Change of Plea, filed February 5, 2002
5. Minute Entry re: Sentencing filed January 16, 2003
6. Judgment in a Criminal Case, filed January 17, 2003
7. Petition for Warrant or Summons for Offender Under Supervision, filed on June 8, 2007
8. Minute Entry re: Petition for Revocation of Supervised Release, filed on June 27, 2007
9. Transfer of Jurisdiction, filed July 27, 2007
10. Docket Sheet

     Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Walter M. Tenorio
Deputy Clerk

Enclosures